# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Keith A. Schwab                                              CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-20154

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Towd Point Mortgage Trust 2018-2, U.S. Bank National Association, as Indenture Trustee and index same on the master mailing list.

Respectfully submitted,

/s/ Brian C. Nicholas (Atty ID: 317240)

Brian Nicholas
03 Feb 2022, 15:37:00, EST

Brian C. Nicholas, Esq. (317240) ☑
Maria D. Miksich, Esq. (319383) ☐
Denise Carlon, Esq. (317226) ☐
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com