IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Keith A. Schwab, | ) | Case No. 22-20154 GLT |
| Debtor(s) | ) | Chapter 13 |
| | ) | Related Docket No. 26 |
| | ) | |
| | ) | |
| | ) | Hearing Date and Time: |
| | ) | |
| | ) | |
| | ) | |

## **CERTIFICATE OF SERVICE OF ORDER EMPLOYING SPECIAL COUNSEL**

I certify under penalty of perjury that I caused to be served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) April 6, 2022

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office the U.S. Trustee

Respectfully submitted,

April 6, 2022  
DATE

/s/ Kenneth Steidl_____
Kenneth Steidl, Esquire
Attorney for the Debtor(s)
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 22-20154-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Wed Apr  6 18:57:45 EDT 2022 | Affirm<br>30 Isabella Street<br>Fllor 4<br>Pittsburgh, PA 15212-5862 | Affirm<br>650 California Street, Floor 12<br>San Francisco, CA 94108-2716 |
| Adam H. Andrae<br>5831 Forward Ave., Ste. 510<br>Pittsburgh, PA 15217-2301 | Applied Bank<br>PO Box 17125<br>Wilmington, DE 19850-7125 | Avant<br>222 N. Lasalle St<br>Chicago, IL 60601-1003 |
| Avant<br>Attn: Bankruptcy<br>Po Box 9183380<br>Chicago, IL 60691-3380 | Brian Magnelli<br>23 Engle Road<br>Industry, PA 15052-1401 | ComenityCapital/Boscov<br>Attn: Bankruptcy Dept<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| ComenityCapital/Boscov<br>Po Box 182120<br>Columbus, OH 43218-2120 | Comenitybank/Jared<br>Attn: Bankruptcy<br>Po Box 182273<br>Columbus, OH 43218-2273 | Comenitybank/Jared<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | Keri P. Ebeck<br>Bernstein-Burkley<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | Fair Square Financial LLC<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | (p)FIRST SAVINGS BANK   BLAZE<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 |
| Fortiva<br>Attn: Bankruptcy<br>Po Box 105555<br>Atlanta, GA 30348-5555 | Fortiva<br>Po Box 105555<br>Atlanta, GA 30348-5555 | Genesis Credit/Celtic Bank<br>Attn: Bankruptcy<br>Po Box 4477<br>Beaverton, OR 97076-4401 |
| Genesis Credit/Celtic Bank<br>Po Box 4499<br>Beaverton, OR 97076-4499 | Genesis FS Card/Kay Jewelers<br>Attn: Bankruptcy<br>Po Box 4477<br>Beaverton, OR 97076-4401 | Genesis FS Card/Kay Jewelers<br>Po Box 4485<br>Beaverton, OR 97076-4485 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kellie A. Scwab<br>329 Catherine Street<br>Mc Kees Rocks, PA 15136-2816 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Mercury/FBT<br>Attn: Bankruptcy<br>Po Box 84064<br>Columbus, GA 31908-4064 | Mercury/FBT<br>Po Box 84064<br>Columbus, GA 31908-4064 | Merrick Bank/CardWorks<br>Attn: Bankruptcy<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 |

Merrick Bank/CardWorks
Po Box 9201
Old Bethpage, NY 11804-9001

(p)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Ollo Card Services
Attn: Bankruptcy
Po Box 9222
Old Bethpage, NY 11804-9222

Ollo Card Services
Po Box 9222
Old Bethpage, NY 11804-9222

OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731-3251

OneMain Financial
Po Box 1010
Evansville, IN 47706-1010

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Mercury Financial/First Bank & Trust
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Keith A. Schwab
23 Engle Road
Industry, PA 15052-1401

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Shop HQ
4811 Nashville Road
Bowling Green, KY 42101-7544

Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219-1908

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Tbom/Atls/Aspire
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348-5555

Tbom/Atls/Aspire
Po Box 105555
Atlanta, GA 30348-5555

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

First Savings Bank/Blaze
500 E. 60th Street
Sioux Falls, SD 57104

(d)First Savings Bank/Blaze
Attn: Bankruptcy
Po Box 5096
Sioux Falls, SD 57117

Jefferson Capital Systems LLC
PO Box 7999
St Cloud MN 56302-9617

```
Mission Lane LLC                        (d)Mission Lane LLC
Attn: Bankruptcy                        Po Box 105286
Po Box 105286                           Atlanta, GA 30348
Atlanta, GA 30348
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Towd Point Mortgage Trust 2018-2, U.S. Ban       End of Label Matrix
                                                    Mailable recipients    52
                                                    Bypassed recipients     1
                                                    Total                  53
```