IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/1/22 10:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 22-20154-GLT |
| | : | Chapter: | 13 |
| Keith A. Schwab | : | | |
| | : | | |
| | : | Date: | 11/30/2022 |
| *Debtor(s).* | : | Time: | 09:30 |

## PROCEEDING MEMO

**MATTER:**   # 33 Motion for Relief from Stay TO AUTHORIZE THE FAMILY COURT OF ALLEGHENY COUNTY TO ENTER THE FINAL DIVORCE DECREE AND EQUITABLE DISTRIBUTION filed by the Debtor
[Response due 11/17/22]
****filing fee for Motion not paid******

**APPEARANCES**:
   Debtor:   Lauren Lamb
   Trustee:   Owen Katz

**NOTES:**   [9:42]

Lauren: There has not been any equitable distribution settlement made yet.

Court: Is someone going to pay the filing fee?

Lauren: Debtor firm will pay.

**OUTCOME:**

1) Upon receipt of the fee, the order will be entered. [Text Order]

**DATED:**  11/30/2022