IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Keith A. Schwab, | ) | Bankruptcy No. 22-20154 GLT |
| | ) | Chapter 13 |
| Debtor | ) | Document No. |
| | ) | |
| Keith A. Schwab, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | | |

## NOTICE OF CHANGE OF ADDRESS

AND NOW, comes the Movant, Keith A. Schwab, by and through his attorney, Kenneth Steidl and Steidl and Steinberg, Attorneys at Law, and respectfully represents as follows:

1. At the time of filing, the Movant had an address of 23 Engle Road, Industry, PA 15052.

2. The Movant has since moved and his new address is 6355 South Williamson Boulevard, Apt 525, Port Orange, FL 32128.

WHEREFORE, the Movant, Keith A. Schwab, respectfully files this Notice of Change of Address.

Respectfully submitted,

January 11, 2023
DATE

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965