FILED
5/14/24 11:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) |
| | ) Bankruptcy No. 22-20154 GLT |
| Keith A. Schwab, | ) Chapter 13 |
| *Debtor* | ) Docket No. 42 |
| | ) |
| | ) |
| Keith A. Schwab, | ) |
| *Movant* | ) |
| | ) |
| Vs. | ) |
| | ) |
| | ) |
| Affirm, Applied Bank, Avant, Comenity Capital | ) |
| Bank, Duquesne Light Company, Fair Square | ) |
| Financial LLC, First Premier Bank, First Savings | ) |
| Bank, Fortiva, Genesis Credit/Celtic Bank, | ) |
| Jefferson Capital Services, Merrick Bank, | ) |
| Mercury/FBT, Mission Lane, Office of the US | ) |
| Trustee, Ollo Card Services, OneMain Financial, | ) |
| PRA Receivables Management, PA Dept. of | ) |
| Revenue, Quantum3 Group LLC, Select Portfolio | ) |
| Servicing, Inc., Kellie Schwab, Shop HQ, | ) |
| Synchrony Bank, Tbom/Atls/Aspire, Towd Point | ) |
| Mortgage Trust,  and Ronda J. Winnecour, | ) |
| Chapter 13 Trustee, | ) |
| *Respondents* | ) |

## ORDER OF COURT

AND NOW, to wit, this ___14th___ day of _____May_____, 2024, it is hereby

ORDERED, ADJUDGED, and DECREED, that the Court of Common Pleas in Allegheny County of

Pennsylvania is hereby authorized to:

1) proceed to enter the final orders regarding divorce, equitable distribution of marital property, and

   alimony and spousal support in the case of Keith Schwab versus Kellie Schwab filed at Docket

   No. FD-15-000758 in the Court of Common Pleas of Allegheny County of Pennsylvania.

2) The United States Bankruptcy Court for the Western District of Pennsylvania maintains

   jurisdiction over the final equitable distribution settlement and it must be approved by the

   bankruptcy court before it can be entered on a final basis by the family court.

Prepared by: ___Kenneth Steidl, Esq.___

**DEFAULT ENTRY**

Dated: _May 14, 2024_

Gregory L. Taddonio     hct
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 22-20154-GLT

Keith A. Schwab                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                        Page 1 of 2
Date Rcvd: May 14, 2024                   Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|--------|------------|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2024:**

| Recip ID | Recipient Name and Address |
|----------|----------------------------|
| db | + Keith A. Schwab, 6355 South Williamson Blvd., Apt. 525, Port Orange, FL 32128-4004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2024                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Denise Carlon | on behalf of Creditor Towd Point Mortgage Trust 2018-2  U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Keith A. Schwab julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2

Date Rcvd: May 14, 2024

TOTAL: 5

User: auto

Form ID: pdf900

Page 2 of 2

Total Noticed: 1