IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 22-20154 GLT |
| ) | Chapter 13 |
| Keith A. Schwab, ) | Docket No. 51 |
| *Debtor(s)* ) | |
| ) | |
| Keith A. Schwab,, ) | |
| *Movant(s)* ) | |
| ) | |
| vs. ) | |
| ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, ) | |
| *Respondent(s)* ) | |

**CONSENT ORDER OF COURT**

AND NOW, to wit, this ____18th____ day of ____September____, 2025, it is hereby ORDERED, ADJUDGED, and DECREED, that:

1. The Debtor wishes to surrender his 2005 Jeep Wrangler, which is inoperable, to OneMain Financial and finance a new or used vehicle to replace it;

2. The Debtor is approved to obtain a loan for no more than $25,000.00, with a monthly payment of no more than $500.00 and an interest rate of no more than 21% to be used to purchase or lease a new or used motor vehicle;

3. The vehicle must be purchased within 60 days of the date of this order;

4. Until such time as the Trustee receives an amended claim reducing the amount owed to show nothing further is due, a withdrawal of the balance of the claim, or satisfaction of the claim is filed, we must continue to reserve funds up to the original claim (or plan) amount.   Alternatively, a consent order to cease payment or amended plan removing the debt, would be acceptable.   If no action is taken, at the end of the case, funds will be turned over to the Clerk of Bankruptcy Court as <u>unclaimed</u>;

5. Within 15 days of the financing of the motor vehicle:

    a. The Debtor does not have prearranged vehicle financing.  The Debtor will file an adequate protection order providing for the expedient start of payments for the new vehicle loan which will authorize the Chapter 13 Trustee to begin the distribution of adequate protection payments by the Trustee during the next

distribution cycle practicable and each monthly cycle thereafter pending confirmation of the pending plan;

b. The Debtor shall file an amended Chapter 13 Plan, which includes the new vehicle loan, within 10 days after the vehicle has been purchased;

c. The Debtor shall file Report of Financing within 10 days after the vehicle has been purchased;

6. To ensure the prompt and timely payment of the automobile loan, Debtor shall make a supplemental payment to the Chapter 13 trustee within 7 days of filing the report of financing (and each month thereafter as necessary) in an amount sufficient for the Trustee to cover the installments due on the loan. The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended plan.

CONSENTED TO BY:

/s/ Kate DeSimone
Counsel for the Chapter 13 Trustee

/s/ Kennenth Steidl
Kenneth Steidl, Esquire
Counsel for the Debtor

Dated: 9/18/25

_____
Honorable Gregory J. Taddonio    hct
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20154-GLT |
| Keith A. Schwab | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 18, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Keith A. Schwab, 6355 South Williamson Blvd., Apt. 525, Port Orange, FL 32128-4004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 20, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor Towd Point Mortgage Trust 2018-2  U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com |
| Kenneth Steidl | |
| | on behalf of Debtor Keith A. Schwab julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Sep 18, 2025 | Form ID: pdf900 | Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 5